**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **SHARICE ANDERSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-00645-O-BP** |
| | § | |
| **CITY OF MANSFIELD, TEXAS,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

**ORDER VACATING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

On May 27, 2026, Plaintiff Sharice Anderson, proceeding *pro se*, filed a civil complaint. ECF No. 1. At the time Anderson filed the complaint, she had not paid the $405 filing fee or applied to proceed *in forma pauperis* ("IFP"). The Court notified Anderson of this deficiency on May 28, 2026, and ordered her either to pay the filing fee or apply to proceed IFP on or by June 11, 2026. ECF No. 4. Anderson did not do so. Accordingly, on June 15, 2026, the undersigned recommended that Chief United States District Judge Reed O'Connor dismiss Anderson's case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). ECF No. 6; Fed. R. Civ. P. 41(b).

On June 23, 2026, Anderson paid the $405 filing fee. Accordingly, the Court **VACATES** the Findings, Conclusions, and Recommendation entered on June 15, 2026 (ECF No. 5).

It is so **ORDERED** on June 24, 2026.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE